

**MANDATE**

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE COUNTY COURT AT LAW NO 1 OF DALLAS COUNTY, GREETINGS:

On September 16, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Ananias Freeney, Jr. v. EKRE of Texas, LLC

Court of Appeals No. 15-25-00056-CV
Trial Court No. CC-24-07234-A

The Court of Appeals entered the following judgment or order:

Today the Court dismissed for want of prosecution the appeal from the judgment signed by the court below on March 12, 2025. Accordingly, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ananias Freeney, Jr.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 26, 2025.

CHRISTOPHER A. PRINE, CLERK